UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No.   07 CR 528 |
| ) | Judge Milton I. Shadur |
| KEVIN PIGRAM, ) | |
| also known as "Drac" ) | |

## PROTECTIVE ORDER

This Court hereby orders that the distribution of information produced by the government in this matter be limited to defense counsel, the defendant, and employees of defense counsel's firm directly involved in this matter. The Court prohibits defense counsel and employees of defense counsel's firm from: (1) allowing the defendant to maintain possession of any materials produced by the government in this case; and (2) making additional copies of any materials produced by the government in this case except for those copies specifically necessary for and used in connection with these court proceedings. The Court also prohibits defense counsel, the defendant, and members of defense counsel's firm directly involved in this matter from orally describing or giving copies of any information produced by the government in this case to any individual beyond this limited group. This prohibition extends to, among others, the defendant's family and friends.

This Protective Order applies to any and all materials the government provides to defense counsel from this date forward. This Protective Order requested does not apply to the information and materials the government tendered to defense counsel on October 2, 2007 and October 16, 2007.

SO ORDERED:

MILTON I. SHADUR, Judge
United States District Court

DATED: _Nov. 16, 2007_